1044

[No. 55536-7-I. Division One. August 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE LILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01468-7, Julie Spector, J., entered December 9, 2004. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[Nos. 55757-2-I; 55759-9-I. Division One. August 21, 2006.]

*In the Matter of the Dependency of* D.L.F. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TANYA FRITZ, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 03-7-00249-4 and 03-7-00250-8, Steven G. Scott, J., entered January 5, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 55858-7-I. Division One. August 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL ESPARZA ET AL., *Defendants*, JAMAR ANTONIO BEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02680-0, Nicole MacInnes, J., entered February 28, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Ellington, J. Now published at 135 Wn. App. 54.

[Nos. 56192-8-I; 56821-3-I. Division One. August 21, 2006.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. LANIER BRUGH CORP. ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-26365-0, Dean Scott Lum, J., entered May 3, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ. Now published at 135 Wn. App. 808.